## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Damon John White Bird, | ) | |
| | ) | |
| | ) | |
| Petitioner, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Joseph Joyce, Warden, | ) | Case No. 1:26-cv-011 |
| | ) | |
| Respondent. | ) | |

Petitioner Damon John White Bird ("White Bird") initiated the above-captioned action *pro se* and *in forma pauperis* on January 16, 2026, with the filing of a petition for habeas corpus relief under 28 U.S.C. § 2254.  (Doc. Nos. 1 and 2).

On January 20, 2026, the court issued an order directing Respondent to file a response to the White Bird's habeas petition by March 20, 2026. (Doc. No. 6).

Respondent failed to file a response to White Bird's habeas petition as directed by March 20, 2026. Consequently, on April 13, 2026, the court issued an order to show cause. (Doc. No. 13). Therein, the court gave Respondent a deadline of April 27, 2026, to explain why he failed to file a response as directed or, alternatively, file a response. Additionally, the court cautioned Respondent that it would consider recommending the imposition of sanctions should he failed to timely respond to its order to show cause.

On April 15, 2026,  White Bird filed a "Dispositive Motion"  and Motion for Summary Judgment." (Doc. Nos. 14 and 15).

On April 27, 2026, Respondent filed a Response to Order to Show Cause.  (Doc. No. 21). Therein, he (1) explained that the order to show cause was his first notice of White Bird's habeas

petition, and (2) requested sixty days to file his response.

On April 28, 2026, the court issued an order granting Respondent's request in part and giving Plaintiff thirty days to file responses to White Birds habeas petition and pending motions. (Doc. No. 22). The order also gave White Bird the option of filing replies within thirty days of the service and filing of Respondent's responses to his habeas petition and motions. (Id.).

On May 8, 2026, White Bird filed what the court construes as a motion to strike Respondent's Response to the Order to Show Cause. (Doc. No. 26). Therein White Bird challenged Respondent's assertion that he had first learned of the existence of White Bird's petition upon receipt of the court's order to show cause.

On May 8, 2026, White Bird also filed a Petition for Writ of Habeas Corpus Ad Testificandum. (Doc. No. 27). Therein he requested that the court issue an order commanding his custodian, the Warden of the North Dakota State Penitentiary, to temporarily produce him so that he can testify.

The court is disinclined strike Respondent's Response to the Order to Show Cause. First, the response to the court's order to show cause was timely filed. Second, the explanation contained in the response was plausible. Third, the court's has a strong preference to address the habeas petition on the merits. Petitioner's motion to strike (Doc. No. 26) is therefore **DENIED**.

White Bird's Petition for a Writ of Habeas Corpus *Ad Testificandum* (Doc. No. 27) is **DENIED** without prejudice. Although the court appreciates Defendant's desire to testify in support of his habeas petition, there are no hearings in this matter presently scheduled.

**IT IS SO ORDERED.**

Dated this 27th day of May, 2026.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court